NO. 07-03-0430-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 12, 2004

_____

IN THE INTEREST OF H. L. H., A CHILD

_____

FROM THE 364TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2002-517,784; HONORABLE BRADLEY S. UNDERWOOD, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Billy Don Hayes, respondent, appeals from a hearing dated September 15, 2003 in the 364th District Court, Lubbock County. We dismiss for lack of jurisdiction.

On October 10, 2003, this Court received a Notice of Appeal, Request for New Trial indicating that respondent was appealing an order from a hearing held on September 15, 2003. By letter of October 30, 2003 the Clerk of this Court advised counsel that a final order had not been entered, the appeal was abated pending entry of the final order and that jurisdiction would be considered after December 1, 2003. A response from counsel

was filed on December 12, 2003 indicating that an amended notice of appeal would be filed as soon as the order was entered. To date, this Court has not received any indication that a final order has been entered.

We dismiss for lack of jurisdiction. <u>See</u> TEX. R. APP. P. 42.3(a).


Phil Johnson
Chief Justice